## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| DREGER DIETLE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FLIGHTAWARE, LLC,<br><br>　　　　　Defendant. | Case No. 4:24-cv-03803<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Dreger Dietle, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff, individually, are hereby dismissed without prejudice. All claims of the putative class members are hereby dismissed without prejudice.

Date: January 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**HIRALDO P.A.**
　　　　　　　　　　　　　　　　　　　　　　　401 E. Las Olas Boulevard
　　　　　　　　　　　　　　　　　　　　　　　Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　Ft. Lauderdale, Florida 33301


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Manuel S. Hiraldo*
　　　　　　　　　　　　　　　　　　　　　　　Manuel S. Hiraldo
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 030380
　　　　　　　　　　　　　　　　　　　　　　　Email: mhiraldo@hiraldolaw.com
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 954.400.4713
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*