Case 4:24-cv-03803   Document 12   Filed on 01/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DREGER DIETLE § | |
| § | |
| VS § | CIVIL ACTION NO. 4:24cv3803 |
| § | |
| FLIGHTAWARE, LLC § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal without Prejudice, filed on January 9, 2025, (Doc. No. 11) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED the 10th day of January, 2025.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE